IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GUY CHRISTOPHER MANNINO                                              PETITIONER

2:25-CV-00010 JM/PSH

FRANCENE HELAIRE, Acting Warden,
Forrest City Correctional Institution                                RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 30th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE